UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUAN I. RIVERA-LUGO, MARIA M. SAN ANTONIO and their CONJUGAL PARTNERSHIP,

Plaintiffs,

v.

MENDEZ & COMPANY, INC.,

Defendant.

CIVIL NO.: 06-1354 (DRD)

## ORDER

On March 31, 2008, this Court issued a *Judgment* dismissing plaintiffs' claims against defendant, Méndez & Company Inc., under the Age Discrimination in Employment Act, 29 U.S.C.A. §621 *et seq*. See Docket No. 83. On April 2008, defendant Méndez & Company, Inc. filed a *Bill of Costs*, which was taxed in the amount of $6,444.60 against plaintiffs on February 3, 2009. See Docket entries No. 85 and 95. On May 24, 2010, this Court held a hearing and granted defendant a *lis pendence* on plaintiffs' property. See *Minutes* of May 24, 2010, Docket No. 102. In view of the foregoing,

It is hereby ORDERED to the Registrar of the Property in Ponce to file and register a *lis pendence* lien in favor of the defendant Méndez & Company, Inc. for the amount of six thousand four hundred and forty-four dollars and sixty cents ($6,444.60), plus interest, which amount is due and legally binding since February 3, 2009, upon the following real property:

> --URBAN: Corner lot marked with the # 410 of the urbanization plan of Extension of La Rambla of Machuelo Abajo Ward of Ponce, with an area of 500.00 square meters, bounding on the North in 25.00 meters with the lot

marked 409; on the South in 25.00 meters with lot # 4 of the Urbanization; on the East in 20.00 meters with the lot marked # 411 and on the West in 20.00 meters with Street G of the Urbanization. It contains a single-story residential building of reinforced concrete, which consists of 2 bedrooms, living room, dining room, kitchen, 2 baths and a car port.

The property number is 18896 and it is registered at page 221 of book 662 of Ponce Registry of Property of Ponce, 1st Section. María Margarita San Antonio Tort and Juan I. Rivera Lugo are the registered proprietors, who acquired it by purchase from Graciela Tort Ramos, widow, for the price of $85.000.00 pursuant to Deed # 4 executed in Ponce, Puerto Rico, on February 24, 1993 before Teodoro Maldonado Rivera, registered at page 235 (overleaf) of book 690 of Ponce, property #18896, 6th Registry.

The Registrar of the Property in Ponce, Puerto Rico, is hence, ordered to file and register a *lis pendence* lien on the aforementioned property number 18896.

IT IS SO ORDERED.

In San Juan, Puerto Rico this 15th day of October, 2010.

s/ Daniel R. Domínguez<br>
DANIEL R. DOMÍNGUEZ<br>
U.S. District Judge